COMMONWEALTH of Pennsylvania, Respondent

v.

Julio Eliezer ORTIZ, Sr., Petitioner

No. 615 MAL 2017

Supreme Court of Pennsylvania.

January 9, 2018

## ORDER

PER CURIAM

**AND NOW**, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Robert Carl BOLUS, Petitioner

No. 583 MAL 2017

Supreme Court of Pennsylvania.

January 9, 2018

## ORDER

PER CURIAM

**AND NOW**, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Jose ORTIZ, Petitioner

No. 407 EAL 2017

Supreme Court of Pennsylvania.

January 9, 2018

## ORDER

PER CURIAM

**AND NOW**, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**